IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS LOBACZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF CHICAGO, THE CITY OF ) <br> CHICAGO HUMAN RESOURCES BOARD, ) <br> JOHN F. HANNAH and SAMUEL EVANS, JR. ) <br> ) <br> Defendants. | No. 13 C 1777 <br><br> Judge |

## NOTICE OF REMOVAL

NOW COMES the City of Chicago, through its attorney, Steven R. Patton, Corporation Counsel of the City of Chicago, and does hereby remove the above referenced action to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. §1441(b). In support of this motion, the City states as follows:

1. City is a defendant in the civil action filed on February 4, 2013, in the Circuit Court of Cook County of the State of Illinois, No. 13 CH 03378, entitled *Nicholas Lobacz, Plaintiff v. the City of Chicago, the City of Chicago Human Resources Board, John F. Hannah and Samuel Evans, Jr., Defendants*. See Complaint attached hereto as Exhibit A.

2. The Summons and Complaint was served upon defendant, City of Chicago, on February 11, 2013. Upon information and belief, defendants Evans and Hannah have not received a summons and complaint; nonetheless, they agree to the removal of this action.

3. The above-described action is a three-count complaint in which plaintiff purports to state a cause of action under the Americans with Disabilities Act (42 U.S. C. § 12101, *et* seq.) See Exhibit A, Paragraphs 22-25.

4. Defendant is entitled to remove this action pursuant to the provisions of 28 U.S.C. § 1441 (b) in that it appears from the face of the complaint that it is founded on a claim or right arising under the laws of the United States.

WHEREFORE, defendant City of Chicago respectfully requests that the above-entitled action now pending in the Circuit Court of Cook County in the State of Illinois, Case number 2013 CH 03378, be removed therefrom to this Court.

                                                Respectfully submitted,

                                                Stephen R. Patton
                                                Corporation Counsel City of Chicago

By: *s/ J. Ernest Mincy*
     J. ERNEST MINCY
     Chief Assistant Corporation Counsel

30 N. LaSalle, Suite 1020
Chicago, Illinois 60602
312/742-0094