# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                             Case Number:

**NICHOLAS LOBACZ v. THE CITY OF CHICAGO, THE CITY OF CHICAGO HUMAN RESOURCES BOARD, JOHN F. HANNAH and SAMUEL EVANS, JR.**


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CITY OF CHICAGO**


| | |
|---|---|
| **NAME** <br> ERNEST MINCY | |
| **SIGNATURE** <br> */s/Ernest Mincy* | |
| **FIRM** <br> CITY OF CHICAGO, DEPARTMENT OF LAW | |
| **STREET ADDRESS** <br> 30 NORTH LASALLE STREET, SUITE 1020 | |
| **CITY/STATE/ZIP** <br> CHICAGO, ILLINOIS 60602 | |
| **ID NUMBER** <br> 06231142 | **TELEPHONE NUMBER** <br> (312)742-0094 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |