UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Nicholas Lobacz
                Plaintiff,

v.                                       Case No.: 1:13–cv–01777
                                            Honorable Milton I. Shadur

City Of Chicago
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 22, 2013:

      MINUTE entry before Honorable Milton I. Shadur: Enter Memorandum Order. City is ordered to file its answer to the amended complaint on or before May 6, 2013. Counsel for the parties are nevertheless expected to appear on the April 25, 2013 presentment date to discuss the nature and scheduling of furtherproceedings. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.