UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS LOBACZ, | ) | |
| | ) | |
| Plaintiff, | ) | No. 13 CV 1777 |
| | ) | |
| v. | ) | Judge Shadur |
| | ) | |
| THE CITY OF CHICAGO, THE CITY OF CHICAGO HUMAN RESOURCES BOARD, JOHN F. HANNAH and SAMUEL EVANS, JR., | ) ) ) ) | |
| Defendants. | ) | |

CITY OF CHICAGO'S MOTION TO EXTEND THE TIME TO ANSWER

NOW COMES the defendant, City of Chicago, by and through its attorney, Stephen R. Patton, Corporation Counsel of the City of Chicago, and hereby requests an extension of time until May 31, 2013 to answer the Verified Amended Complaint. In support of this motion, the City states as follows:

1. The Verified Amended Complaint asserts a federal claim under the ADA against the City of Chicago (Count III), as well as state law claims for a writ of certiorari (Count I) and retaliation (Count II). Count I is also directed to the individual defendants.

2. On April 22, 2013, the court denied the City's motion to dismiss and ordered the City to answer the Verified Amended Complaint by May 6, 2013.

3. It has come to the attention of the undersigned counsel that plaintiff filed a charge with the EEOC alleging discrimination based on his race (Caucasian) and nationality (Ukranian). The EEOC issued a right to sue letter on February 19, 2013, indicating that plaintiff must file a lawsuit within 90 days. The Charge and Right to Sue letter are attached hereto as Exhibit no. 1. Assuming plaintiff received the notification by February 22, 2013, he must file by May 23, 2013.

4.      The undersigned counsel for the City provided a copy of the right to sue letter to counsel for the plaintiff.

5.      Plaintiff previously served the individual defendants by leaving a copy of the summons and complaint at their place of work.  The undersigned attorney obtained a written authorization and accepted service on their behalf on about April 29, 2013.  Those individual defendants filed their appearance on May 1, 2013.

6.      This is the City's first request for an extension of time.  It is not meant to delay the proceedings and will not prejudice the rights of plaintiff.  Instead, this motion seeks to preserve judicial economy and avoid duplication of effort by eliminating the need for multiple answers by the City.

WHEREFORE, the City respectfully requests that the Court extend the time to answer the "Verified Amended Complaint" to  May 31, 2013.

                                                        Respectfully Submitted,

                                                        STEPHEN PATTON,
                                                        Corporation Counsel for the City of Chicago

                                    By:    s/ J. Ernest Mincy
                                                  J. ERNEST MINCY
                                                  Chief Assistant Corporation Counsel
                                                  Employment Litigation Division
                                                  Attorney for defendant City of Chicago

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
312/742-0094
Attorney No. 90909
Dated: May 3, 2013