# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 1777 | **DATE** | 6/6/2013 |
| **CASE TITLE** | Nicholas Lobacz vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 6/6/2013. Defendants Hannah and Evans' motion to dismiss [23] them as party defendants to this action is granted without objections based on the City of Chicago's undertaking. Defendant City of Chicago's motion for entry of protective order [25] is entered and continued.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SRB |
|---|---|---|