IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NICHOLAS LOBACZ,                    )
                                    )
            Plaintiff,              )
                                    )
      v.                            )      No.  13 C 1777
                                    )
CITY OF CHICAGO, et al.,            )
                                    )
            Defendants.             )

MEMORANDUM ORDER

City of Chicago ("City"), one of the defendants in this
employment discrimination action brought by its former employee
Nicholas Lobacz ("Lobacz") has filed its Answer to Lobacz's
Amended Complaint ("AC").  This memorandum order is issued sua
sponte because of the problematic nature of the affirmative
defenses ("ADs") that City has advanced following the Answer
itself.

All four ADs share the flaw that they really do not apprise
Lobacz or this Court as to whether and to what extent the
allegations of the AC, taken as gospel as called for by Fed. R.
Civ. P. 8(c) and the caselaw applying it (see also App'x ¶5 to
State Farm Mut. Auto. Ins. Co. v. Riley, 199 F.R.D. 276, 279
(N.D. Ill. 2001)), are vulnerable to the matters that City sets
out.  As this Court views it, notice pleading is just as much an
obligation of a defendant in the federal system as it is of a
plaintiff, and the manner in which City has framed the purported
ADs is totally uninformative in that respect--each is stated in

purely hypothetical terms.

Accordingly ADs 1 through 3 are stricken, without prejudice to their possible reassertion in appropriately fleshed-out terms. AD 4 is stricken as well, although it may be renewed at some later date if and when factual discovery reveals a failure on Lobacz's part to mitigate his damages.

_____
Milton I. Shadur
Senior United States District Judge

Date:  July 3, 2013