# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Nicholas Lobacz

                         Plaintiff,

v.                                       Case No.: 1:13−cv−01777
                                       Honorable Milton I. Shadur

City Of Chicago, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 4, 2013:

      MINUTE entry before Honorable Milton I. Shadur: Defendant, City of Chicago's oral motion to withdraw its motion to compel [35] is granted. Defendant's motion to compel is withdrawn and the hearing set for 10/4/2013 is vacated. Mailed and telephoned notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.