**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Nicholas Lobacz ) | | |
|     Plaintiff ) | Case No: 13 C 1777 | |
| ) | | |
| v. ) | | |
| ) | Judge: Milton I. Shadur | |
| City of Chicago ) | | |
|     Defendant ) | | |
| ) | | |

## **ORDER**

(T:)
Status hearing held on 10/29/2013. Plaintiff's oral motion to dismiss Count III of the complaint is granted. This case is hereby remanded to the Circuit Court for lack of subject matter jurisdiction. The Clerk is directed to mail remand letter forthwith. Civil case terminated.

Date: 10/29/2013                                                                 /s/ Milton I. Shadur

SRB